**No. 10-6936. Xiang Li, Petitioner v. United States.**

562 U.S. 1174, 131 S. Ct. 990, 178 L. Ed. 2d 819, 2011 U.S. LEXIS 208.

January 10, 2011. Petition for rehearing denied. Justice Sotomayor took no

part in the consideration or decision of this petition.

Former decision, 562 U.S. 1054, 131 S. Ct. 613, 178 L. Ed. 2d 453, 2010 U.S. LEXIS 8876.